**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Jorge Luis POSADA-GUEVARA,**
**Defendant-Appellant**

**No. 16-41543**
**Consolidated with 16-41539**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

·Filed June 28, 2017

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Jorge Luis Posada-Guevara, Pro Se

Before KING, DENNIS, and COSTA, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jorge Luis Posada-Guevara has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Posada-Guevara has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Posada-Guevara's response. We concur with counsel's assessment that the

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.